08 CV 6464
COPY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WELCH, Individually And On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>vs.<br><br>WACHOVIA CORPORATION, G. KENNEDY THOMPSON, JOHN D. BAKER, II, PETER C. BROWNING, JOHN T. CASTEEN, III, JEROME A. GITT, WILLIAM H. GOODWIN, JR, RUTH G. SHAW, MARYELLEN C. HERRINGER, ROBERT A. INGRAM, DONALD M. JAMES, MACKLEY J. MCDONALD, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, ERNEST S. RADY, LANTY L. SMITH, VAN L. RICHEY, DONA DAVIS YOUNG, BENJAMIN J. JOLLEY, WACHOVIA BENEFITS COMMITTEE, ANGELA S. MULL, and JOHN DOES 1-10,<br><br>                Defendants. | Civil Action No.<br><br><br>**STATEMENT OF RELATEDNESS** |

      The above-captioned action and the action titled <u>Hansen v. Wachovia Corporation, et al.</u>, 08-cv-05320 (NRB), pending before the Honorable Naomi Reice Buchwald, are both class actions which share common issues of law and fact. Therefore, and in the interests of justice and judicial economy, plaintiff requests that the above-captioned action be accepted as related to the <u>Hansen</u> action.

Dated: July 18, 2008

Respectfully submitted,

**HARWOOD FEFFER LLP**

By: _____
Robert I. Harwood, Esq. (RH-3286)
Jeffrey M. Norton, Esq. (JN-4827)
Roy Shimon (RS-7521)
488 Madison Avenue, 8th Floor
New York, New York 10022-5726
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

GLANCY BINKOW & GOLDBERG LLP
Michael Goldberg, Esq.
Richard A. Maniskas, Esq.
1801 Avenue of The Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Attorneys for Plaintiff*