UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WACHOVIA CORPORATION ERISA LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *Welch*, No. 08-cv-06464-UA. | Case No. 08 Civ. 5320 (NRB) <br><br> ORDER GRANTING MOTION OF MICHAEL GOLDBERG AND RICHARD A. MANISKAS FOR WITHDRAWAL AS CO-COUNSEL OF RECORD FOR PLAINTIFF MICHAEL WELCH WITHOUT PREJUDICE |

ORDER

The Court having considered the motion of Michael Goldberg and Richard A. Maniskas of Glancy Binkow & Goldberg LLP (collectively, "Movants") for withdrawal as co-counsel of record for Plaintiff Michael Welch without prejudice, pursuant to Local Civil Rule 1.4 (filed with the Court August 4, 2008), Movants' request for withdrawal as co-counsel for Plaintiff Michael Welch is GRANTED.

Dated: August 7, 2008

By: _____
HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08