UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
IN RE WACHOVIA CORPORATION :   MASTER FILE:
ERISA LITIGATION : 08 Civ. 5320 (NRB)
------------------------------------------------X
:
THIS DOCUMENT RELATES TO: :
:
WELCH V. WACHOVIA :
CORPORATION, ET AL., :
NO.: 1:08-CV-6464 :
:
------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Michael Welch, pursuant to Fed. R. Civ. P. Rule 41(a)(1), hereby voluntarily dismisses the above-captioned action without prejudice and without costs.

Dated: August 13, 2008

Respectfully submitted,

HARWOOD FEFFER LLP

Robert I. Harwood (RH-3286)
Jeffrey M. Norton (JN-4827)
Roy Shimon (RS-7521)
488 Madison Ave., 8th Floor
New York, New York 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

*Counsel for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

Dated: August 27, 2008